UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
Eastern Division

David E. Thompson
                         Plaintiff,

v.                                          Case No.: 1:10–cv–03139
                                                     Honorable Joan H. Lefkow

County of Kendall, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 9, 2010:

      MINUTE entry before Honorable Joan H. Lefkow:Status hearing held on 9/9/2010. Defendants' amended motion to dismiss [15] taken under advisement. Ruling will issue by mail. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.